**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000715
25-JUN-2020
07:46 AM**

NO. CAAP-18-0000715

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Plaintiff-Appellant,
v.
STEVEN DUDLEY VEGA,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 3CPC-18-0000409)

ORDER OF CORRECTION
(By:  Chan, J., for the court[1])

The Summary Disposition Order, filed June 17, 2020, is hereby corrected as follows:

On page 2, the second line of the third full paragraph, the word "Denying" should be replaced with "Granting" so that as corrected, the text reads: ". . . Order Granting Motion to Suppress."

On page 4, the first line of the second full paragraph, the word "these" should be deleted so that as corrected, the text reads: ". . . appears that FOFs 11-15 . . ."

On page 4, two lines from the bottom of the second full

---

[1]     Leonard, Presiding Judge, Chan and Hiraoka, JJ.

paragraph, the number "16" should be replaced with "15" so that as corrected, the text reads: "11-15 in the . . ."

On page 14, the seventh line from the bottom of the page, the word "Denying" should be replaced with "Granting" so that as corrected, the text reads: "the Order Granting Motion to Suppress, . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, June 25, 2020.

FOR THE COURT:

/s/ Derrick H. M. Chan
Associate Judge